# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00260-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO FILE MOTION UNDER SEAL** |
| v. | |
| CANDACE A. WADE, | **ORDER DENYING PLAINTIFF'S MOTION REGARDING DISCLOSURE OF INFORMATION** |
| Defendant. | |
| _____/ | |

The Court having reviewed the Government's "Ex Parte, In Camera Motion Regarding the Disclosure of Certain Information Regarding a Federal Employee Witness and Application to Seal ("Motion"),

IT IS HEREBY ORDERED that:

1. The Motion shall be filed under seal; and

2. The information regarding the federal employee shall be disclosed to the defense.

If the defendant intends to use this evidence, the parties shall be prepared to address any issues regarding the admissibility of the evidence on November 19, 2013, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 12, 2013**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE